UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Clint A. Davis,

    Plaintiff,

        v.         Case No.   1:13cv064

Commissioner of Social Security,         Judge Michael R. Barrett

    Defendant.

## ORDER

This matter is before the Court on the Report and Recommendation filed by the Magistrate Judge on November 13, 2013 (Doc. 11).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981). No objections to the Magistrate Judge's Report and Recommendation (Doc. 11) have been filed.

Accordingly, it is **ORDERED** that the Report and Recommendation (Doc. 11) of the Magistrate Judge is hereby **ADOPTED.** The decision of the Commissioner is **REVERSED** and **REMANDED** for further review and evaluation at the administrative level, consistent with the Report and Recommendation (Doc. 11) by the Magistrate Judge. Specifically, on remand, for further development of the record, the ALJ may refer Plaintiff for a consultative psychological examination, and/or solicit other additional

medical evidence if necessary, such as the testimony of a medical expert..

**IT IS SO ORDERED.**

                                                *s/Michael R. Barrett*
                                              Michael R. Barrett
                                              United States District Judge